IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| LAWRENCE DANGERFIELD, | : | Case No. 1:20-cv-582 |
| | : | |
| Petitioner, | : | Judge Matthew W. McFarland |
| | : | Magistrate Judge Michael R. Merz |
| vs. | : | |
| | : | |
| WARDEN, SOUTHEASTERN CORRECTIONAL COMPLEX, | : | |
| | : | |
| Respondent. | : | |

**ORDER ADOPTING SECOND SUPPLEMENTAL REPORT AND RECOMMENDATION (Doc. 22), OVERRULING OBJECTION, AND TERMINATING CASE**

The Court has reviewed the Second Supplemental Report and Recommendation of Magistrate Judge Michael R. Merz (Doc. 22), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Petitioner filed an objection (Doc. 25). As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a de novo review of the record in this case. Upon review, the Court finds that Petitioner's objection is not well-taken and is accordingly **OVERRULED**. The Court **ADOPTS** the Second Supplemental Report and Recommendation (Doc. 22) in its entirety. Accordingly, the Court orders as follows:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE**.

2. Because reasonable jurists would not disagree with this conclusion, the Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(a) that, for the reasons expressed in the Report, an appeal of this Order adopting the Report would not be taken in good faith, and therefore **DENIES** petitioner leave to appeal *in forma pauperis*. *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997), *overruled on other grounds*, *Jones v. Bock*, 549 U.S. 199, 203 (2007).

3. This action is hereby **TERMINATED** on the Court's docket.

**IT IS SO ORDERED**.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: *[signature: Matthew W. McFarland]*
JUDGE MATTHEW W. McFARLAND